# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JERRY DEWAYNE BRIGHTMAN, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> LIBERTY MUTUAL INSURANCE, LLC, § <br> and NIGEL WORTH, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:24-CV-00252-JRG-RSP |

## ORDER

Defendants Liberty Mutual Insurance, LLC and Nigel Worth previously filed a Motion to Dismiss for Lack of Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(1) (the "Motion"). (Dkt. No. 16.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 25), recommending that the Court grant the Motion. Plaintiff Jerry Dewayne Brightman ("Plaintiff") has now filed Objections. (Dkt. Nos. 27; 28.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation. Furthermore, the Court **ORDERS** that the Motion is **GRANTED** and the case is **DISMISSED**.

The Clerk of the Court is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 14th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE